SALVATORE LO BIANCO, complainant-respondent,

*v.*

GEORGE CUSHING et al., defendants-appellants.

[Submitted October term, 1935.   Decided January 31st, 1936.]

*Messrs. McCarter & English* (*Mr. Robert H. McCarter*), for the complainant-respondent.

*Mr. Thomas L. Hanson, Mr. George McElroy* and *Mr. Sam Weiss,* for the defendants-appellants.

PER CURIAM.

We agree with the conclusions reached by the vice-chancellor.

The decree below will be affirmed.

*For affirmance*—THE CHIEF-JUSTICE, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ.   12.

*For reversal*—None.